UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 23  P 2: 26

BY DEPUTY CLERK

ALICIA BROWN TODD

VERSUS

PAT SHELBY TODD, JR.

CIVIL ACTION

NO. 07-553-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 20, 2008.  Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand and for attorneys' fees (rec.doc. 32) will be granted.

Baton Rouge, Louisiana, June   23   , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA