UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICIA BROWN TODD

VERSUS

PAT SHELBY TODD, JR.

CIVIL ACTION

NO. 07-553-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to remand and for attorneys' fees is granted and this matter is remanded to the 18th Judicial District Court, Parish of Iberville, Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, June 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

18th JDC